IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LEE PRUITT, JR., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-00155 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| TYSON FOODS, INC. AND | § | |
| TYSON FARMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Notice of Dismissal. [Dkt. 14]. The Parties advise the Court that they have resolved their dispute and have agreed to dismiss with prejudice each and every claim in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions not previously ruled on are **DENIED AS MOOT**.

**SIGNED this 16th day of July, 2024.**

Michael J. Truncale
United States District Judge